

# IN THE
# TENTH COURT OF APPEALS

### No. 10-22-00062-CV

### IN THE INTEREST OF P.R., A CHILD

**From the 82nd District Court
Robertson County, Texas
Trial Court No. 20-02-20969-CV**

## ABATEMENT ORDER

On May 26, 2021, Phillip R. filed a motion to abate this proceeding to the trial court because part of the record that is necessary to the appeal's resolution may be lost or destroyed through no fault of Phillip. The court reporter has filed an affidavit stating that a part of the record requested by Phillip is impossible to retrieve due to the memory card being corrupted and other technological issues. Phillip alleges that the parties have been unable to agree as to the substance of the record and asks for an abatement for the trial court to make findings pursuant to Rule of Appellate Procedure 34.6(f).

We abate this appeal and direct the trial court to conduct a hearing and make findings pursuant to Rule 34.6(f) relating to the portion of the record which Phillip

contends is lost or destroyed within 14 days of this Order. The court reporter is ordered to prepare a transcript of the hearing conducted by the trial court and the trial court clerk is ordered to file a supplemental clerk's record containing the trial court's findings as to Rule 34.6(f). Each record shall be filed with this Court within 7 days after the conclusion of the hearing.

PER CURIAM

Before Chief Justice Gray,
        Justice Johnson, and
        Justice Smith
Motion granted; Appeal abated
Order issued and filed June 2, 2022
[RWR]

